■ Marine Midland Bank, N. A., Respondent, v Robert J. Drake, Appellant, et al., Defendants.—Order, Supreme Court, New York County (Martin Stecher, J.), entered on December 19, 1988, unanimously affirmed for the reasons stated by Martin Stecher, J. Respondent shall recover of appellant $250 costs and disbursements of this appeal. Concur—Kupferman, J. P., Milonas, Wallach and Smith, JJ.